**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-00393 |
| Shanetha T. McDaniel; | CHAPTER 13 |
| Debtor(s). | JUDGE Jacqueline P. Cox |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on August 20 2018 at 9:00 AM, or soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 680 at 219 South Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

                                       /s/ Crystal Sava
                                       Attorney for Creditor

**NOTE: This law firm is deemed to be a debt collector.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Megan Olson, Debtor's Counsel

    Tom Vaughn, Trustee

    Patrick S. Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

    Shanetha T. McDaniel, 541 47th Avenue, Bellwood, IL 60104

                                       /s/ Thomas Girard

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-00393 |
| Shanetha T. McDaniel; | CHAPTER 13 |
| Debtor(s). | JUDGE Jacqueline P. Cox |

### MOTION FOR AGREED ORDER APPROVING LOAN MODIFICATION

Now comes Home Point Financial Corporation, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves for entry of the attached Agreed Order Approving Loan Modification and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on January 6, 2017. The Chapter 13 Plan was confirmed on May 8, 2017.

5. Home Point Financial Corporation holds a mortgage secured by a lien on debtor's real estate commonly known as 541 47th Avenue Bellwood, Illinois 60104.

6. Debtor(s) has/have requested and obtained a loan modification from Home Point Financial Corporation.

7. That all parties have agreed to the attached Agreed Order modifying the terms of the mortgage:

    (a) A subordinate agreement has been created for the current default through the Secretary of Housing and Urban Development.  This is a Stand Alone Partial

Claim, and will not change any of the original terms will change, including principal & interest payments or interest rate.

(b) The New Principal balance of this loan will be $19,975.61.

(c) This loan will now mature on September 1, 2045.

(d) The New payment shall begin January 1, 2018.

**WHEREFORE,** movant prays that the Court will enter the attached Agreed Order approving the loan modification.

Home Point Financial Corporation

/s/ Crystal Sava

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B17010049

This law firm is deemed to be a debt collector.