# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-00393 |
| Shanetha T. McDaniel; | CHAPTER 13 |
| Debtor(s). | JUDGE Jacqueline P. Cox |

## AGREED ORDER APPROVING LOAN MODIFICATION

That the Debtor, Shanetha T. McDaniel, and the mortgagee, Home Point Financial Corporation, having reached agreement on a loan modification regarding the mortgage on real estate located at 541 47th Avenue, Bellwood, Illinois 60104, and the parties having reached agreement to the following terms, the court being advised in the premises, and finding that it has jurisdiction over this matter:

IT IS HEREBY ORDERED that:
1. The Loan Modification is approved.
2. The New Principal balance will be $19,975.61.
3. This loan will now mature on September 1, 2045.
4. The New payment shall begin January 1, 2018.
5. This is a Stand Alone Partial Claim, and will not change any of the original terms will change, including principal & interest payments or interest rate.

/s/  
Attorney for Creditor

/s  
Attorney for Debtor(s)

**DATED:**

**ENTER:**

**Bankruptcy Judge**

Anselmo Lindberg & Associates  
1771 W. Diehl Rd., Ste. 120  
Naperville, IL 60563-4947  
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)  
bankruptcy@AnselmoLindberg.com  
Firm File Number: B17010049  
This law firm is deemed to be a debt collector.