# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: 

Shanetha T. McDaniel;

Debtor(s).

CASE NO. 17-00393

CHAPTER 13

JUDGE Jacqueline P. Cox

## AGREED ORDER APPROVING LOAN MODIFICATION

That the Debtor, Shanetha T. McDaniel, and the mortgagee, Home Point Financial Corporation, having reached agreement on a loan modification regarding the mortgage on real estate located at 541 47th Avenue, Bellwood, Illinois 60104, and the parties having reached agreement to the following terms, the court being advised in the premises, and finding that it has jurisdiction over this matter:

IT IS HEREBY ORDERED that:
1. The Loan Modification is approved.
2. The New Principal balance will be $19,975.61.
3. This loan will now mature on September 1, 2045.
4. The New payment shall begin January 1, 2018.
5. This is a Stand Alone Partial Claim, and will not change any of the original terms will change, including principal & interest payments or interest rate.

/s/_____
Attorney for Creditor

/s_____
Attorney for Debtor(s)

DATED: **SEP 17 2018**

ENTER: *Jacqueline P. Cox*
J. Cox

**Bankruptcy Judge**

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B17010049

This law firm is deemed to be a debt collector.